# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

ERIC AND CORI GRIFFIN AS PARENTS AND NEXT FRIEND TO KYRAH GRIFFIN, A MINOR,
    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW the Defendant, Allstate Insurance Company, by and through Counsel, The Ross-Shannon Law Firm, P.C., and pursuant to 28 U.S.C.A. § 1446, hereby removes the above action from the District Court for the County of Denver, based on the following grounds:

1. The above action was filed in the District Court, County of Denver and is now pending in that Court. Process, including Summons and Complaint, was served on Defendant on March 2, 2018.

2. The Plaintiff alleges that this action is a civil action involving an amount in controversy of at least $100,000, exclusive of interests and costs. Specifically, in her Complaint for Damages, Plaintiff alleges that the automobile liability insurance policy at issue provides underinsured motorist benefits in the amount of $100,000. See, Plaintiff's Complaint for Damages at ¶ 23. Plaintiff alleges that her "damages from this accident exceed the available bodily injury coverage". See, Plaintiff's Complaint for Damages at ¶ 26. Plaintiff's Complaint pleads claims for breach of contract, violations of C.R.S. § 10-3-1115(1)(a) and § 10-3-1116(1), and bad faith breach of the insurance contract.

3. This is a civil action between parties of diverse citizenship and for which this Court has original jurisdiction under 28 U.S.C.A. § 1332. Plaintiff is a citizen of the State of Colorado, and Defendant is a citizen of the State of Illinois. No change of citizenship has occurred since the commencement of this action.

4. Defendant is entitled to remove the above action from the state District Court to the United States District Court pursuant to 28 U.S.C.A. § 1446(a).

5. Copies of all process and pleading served on Defendant are attached and filed with this Notice.

Dated: March 28, 2018.             Respectfully submitted,

                                   *sBradley Ross-Shannon*
                                   Bradley Ross-Shannon
                                   Patrick C. Delaney
                                   THE ROSS-SHANNON LAW FIRM, P.C.
                                   12596 West Bayaud Avenue, Suite 380
                                   Lakewood, Colorado 80228
                                   Telephone: (303) 988-9500
                                   Facsimile: (303) 988-9511
                                   br-s@ross-shannonlaw.com
                                   pdelaney@ross-shannonlaw.com

                                   Attorneys for Defendant
                                   Allstate Insurance Company

Address for the Defendant:
2775 Sanders Road
Northbrook, Illinois 60062

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Proposed Scheduling Order was filed and served via e-mail by ECF/PACER this 28th day of March 2018, addressed to the following persons:

Jeremy R. Rosenthal, Esq.
Law Firm of Jeremy Rosenthal
4100 E. Mississippi Ave., Floor 19
Denver, CO  80246

*/s/ Barb Brown*

_____