# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00730-RBJ

ERIC GRIFFIN, as parent and next friend of K.G., a Minor, and
CORI GRIFFIN, as parent and next friend of K.G., a Minor,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming on to be heard upon the Stipulation for Dismissal with Prejudice of the Plaintiffs, Eric Griffin and Cori Griffin as Parents and Next Friend of K.G., a Minor, and the Defendant, Allstate Insurance Company, and the Court having examined said Stipulation,

FINDS that the Stipulation is proper and should be approved.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that all matters concerning Eric Griffin and Cori Griffin as Parents and Next Friend of K.G., a Minor, in the within action against Allstate Insurance Company be and the same hereby are, dismissed with prejudice, each party to pay their own costs and attorney fees.

DONE AND SIGNED this __7th__ day of __August__, 2018.

BY THE COURT:

_____
United States District Court Judge